

**SINGH LAW FIRM, P.A.**
155 East 44th Street
6th Floor
New York, NY 10017

Jaitegh Singh (FL, NJ, NY, & CO)
Direct Phone: (212) 687-2578
jt@jtsinghlaw.com

March 12, 2020

The Honorable Kathleen M. Tafoya
District of Colorado
Colorado Springs Courthouse
212 N. Wahsatch Ave., Suite 100
Colorado Springs, CO 80903
Tafoya_Chambers@cod.uscourts.gov

*Sent Via Email only*

    *RE:* **America 2030 Capital Limited v. Doe et al.**

Dear Judge Tafoya:

  As to the pending matter before you, America 2030 Capital Limited v. Doe et al, we respectfully request an extension to the CMC and proposed scheduling conference currently set for March 23, 2020 at 10:00 AM. As to this matter, we intend to voluntarily dismiss and refile in the Northern District of California as that is the locale for the defendant. However, to do so, we need to secure local counsel which we intend to do shortly. Therefore, an extension is this matter would be beneficial as we secure counsel in anticipation of refiling elsewhere. Should you require further information as to this request, please let us know.

  We look forward to hearing from you further in this matter and appreciate your time.

Sincerely,

Jaitegh Singh, Esq.
Partner at Singh Law Firm, P.A.
Licensed in (NY, NJ, FL & CO)